# UNITED STATES BANKRUPTCY COURT
## Eastern District of New York

*NOTE: All documents filed in this matter must be identified by both adversary and bankruptcy case numbers, case chapter and judge's initials.*

In re: Orion Healthcorp, Inc.                                              Bankruptcy Case No.: 8–18–71748–ast

Howard M. Ehrenberg

                                                    Plaintiff(s),

–against–                                                                          Adversary Proceeding No. 8–20–08046–ast

John Johnston
David Andrew Clark
Shawn H. Zimberg
Joseph A. Seale
Truc To
John Esposito
Mark Bellisimo
Cliona Sotiropoulos
Arvind Walia
Dale Brinkman
Melodie Kraljev
Alon P. Baram
Moshe "Mark" Menachem Feuer
Sir Rodney Malcolm Aldridge

                                                    Defendant(s)

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint, which is attached to this summons, to the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| **Address of Clerk:** |
| --- |
| **United States Bankruptcy Court**<br>**290 Federal Plaza**<br>**Central Islip, NY 11722** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney:** |
| --- |
| **Christopher A. Lynch**<br>**REED SMITH LLP**<br>**599 Lexington Ave.**<br>**22nd Floor**<br>**New York, NY 10022** |

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT, AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated: March 16, 2020						Robert A. Gavin, Jr., Clerk of the Court

**Summons (AST)**[Summons and Notice of Pretrial Conf. rev. 05/27/2016]