**ROSEN & ASSOCIATES, P.C.**
*Counsel to Arvind Walia*
747 Third Avenue
New York, NY 10017-2803
(212) 223-1100
Sanford P. Rosen
Paris Gyparakis

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ORION HEALTHCORP INC. *et al.*,<br><br>     Debtors. | Chapter 11<br><br>Case No. 18-71748 (AST) |
| HOWARD M. EHRENBERG, AS LIQUIDATING TRUSTEE OF THE JOINTLY ADMINISTERED BANKRUPTCY ESTATES OF ORION HEALTHCORP, INC. AND CONSTELLATION HEALTHCARE TECHNOLOGIES, INC.,<br><br>     Plaintiff,<br><br>v.<br><br>JOHN JOHNSTON, DAVID ANDREW CLARK, MOSHE "MARK" MENACHEM FEUER, SIR RODNEY MALCOLM ALDRIDGE, SHAWN H. ZIMBERG, JOSEPH A. SEALE, TRUC TO, JOHN ESPOSITO, MARK BELLISIMO, CLIONA SOTIROPOULOS, ARVIND WALIA, DALE BRINKMAN, MELODIE KRALJEV, and ALON P. BARAM,<br><br>     Defendants. | Adv. Proc. No. 20-08046 (AST) |

## NOTICE OF APPEARANCE & REQUEST FOR SERVICE OF PAPERS

  **PLEASE TAKE NOTICE** that pursuant to section 1109(b) of title 11 of the United

States Code, 11 U.S.C. §§ 101 *et seq.* (the "**Bankruptcy Code**") and Rules 9010 and 2002 of the

Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rosen & Associates, P.C.

hereby enters its appearance as counsel to Defendant Arvind Walia in the above-captioned

proceeding, and hereby requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and sections

342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed, or required to be given or filed in this proceeding be given and served upon counsel at the following address:

>**ROSEN & ASSOCIATES, P.C.**
>747 Third Avenue
>New York, NY 10017-2803
>(212) 223-1100
>Attn:  Sanford P. Rosen, Esq.
>        Paris Gyparakis, Esq.

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the provisions of the Bankruptcy Code and Bankruptcy Rules specified above, but also, without limitation, any notice, hearing date, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, delivery, telephone, facsimile or otherwise filed or given with regard to the related bankruptcy case.

Dated: New York, New York
        April 15, 2020

>**ROSEN & ASSOCIATES, P.C.**
>*Counsel to Arvind Walia*
>
>By:  _____
>        Paris Gyparakis
>
>747 Third Avenue
>New York, NY 10017-2803
>(212) 223-1100